Jesse J. Fine, Respondent, v. Darcy V. Wonders et al., Defendants, and Bernard Katz et al., Appellants.— No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

■

In the Matter of Jane L. Massey, Appellant, against Temporary State Housing Rent Commission, Respondent.— (*Matter of Flamman* v. *McGoldrick,* 279 App. Div. 854.) Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

■

In the Matter of Bertram Schwartz, Respondent. Beatrice L. Schwartz, Appellant.— No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

■

In the Matter of William T. Wood Estate, Petitioner, against Arthur E. Wullschleger et al., Constituting the Zoning Board of Appeals of the Town of Mamaroneck, Westchester County, Respondents.— Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.